# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 21-cv-01606-RM-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2015 CADILLAC, VIN: 1G6AP5SX2F0137573,
2018 CHEVROLET SILVERADO 1500 CREW CAB, VIN: 3GCUKTEJXJG159541, and
$6,130.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## ORDER
---

    Pursuant to D.C.COLO.LCivR 72.2, Plaintiff has notified the Court that the parties consent to disposition of the above action by a United States Magistrate Judge.  (ECF No. 14.)  Accordingly, pursuant to 28 U.S.C. § 636(c), the above action is transferred to United States Magistrate Judge Nina Y. Wang for all purposes.  The Clerk shall amend the case number to 21-cv-01606-NYW.

    DATED this 7th day of October, 2021.

                                               BY THE COURT:

                                               _____
                                               RAYMOND P. MOORE
                                               United States District Judge